IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM DOBSON<br><br>                          Plaintiff,<br><br>v.<br><br>THE MILTON HERSHEY SCHOOL,<br><br>and<br><br>THE HERSHEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST,<br><br>                          Defendants. | C.A. NO.:<br><br>2016-cv-1958-YK<br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave to File an Amended Complaint, Certificate of Concurrence, Form of Order, and this Certificate of Service were served upon the following individuals by ECF:

Thomas B. Schmidt, Esquire
Justin G. Weber, Esquire
**PEPPER HAMILTON LLP**
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108
Phone: 717-255-1155
Emails: schmidtt@pepperlaw.com;
weberjg@pepperlaw.com
*Attorneys for Defendants*

Dated: October 7, 2016

/s/ Alexander J. Nassar
Alexander J. Nassar, Esquire

119284466_1