# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM DOBSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE MILTON HERSHEY SCHOOL, *et al.*,<br><br>    Defendants. | :<br>:<br>: NO. 1:16-cv-01958-CCC<br>:<br>:<br>: (CONNER, C.J.)<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to M.D. Pa. L.R. 7.1, the undersigned counsel certifies that I sought concurrence from Plaintiff's counsel in the relief requested in the filings at Doc. 46 filed on July 28, 2017, and Plaintiff's counsel does not concur. In addition, Plaintiff's counsel does not concur in the Motion for Leave to File Documents Under Seal filed at Doc. 44 filed contemporaneously with Doc. 46.

            Respectfully submitted,

            */s/ Jarad W. Handelman, Esquire*
            Jarad W. Handelman, Esquire
            (PA 82629)
            Kyle M. Elliott, Esquire
            (PA 306836)
            Elliott Greenleaf, P.C.
            17 N. Second Street, Suite 1420

                                                Harrisburg, PA 17101
717.307.2600 (phone)
717.307.2060 (fax)
jwh@elliottgreenleaf.com
kme@elliottgreenleaf.com
*Counsel for Defendants*

Dated:  July 31, 2017

## **CERTIFICATE OF SERVICE**

I, Jarad W. Handelman, Esquire, hereby certify that I caused the foregoing to be served via the Court's Electronic Filing System on all counsel of record.

                                        */s/ Jarad W. Handelman, Esquire*
                                        Jarad W. Handelman, Esquire

Dated: July 31, 2017