# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | CIVIL ACTION NO. 1:16-CV-1958 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **THE MILTON HERSEY SCHOOL**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of August, 2017, upon consideration of the partial motion (Doc. 22) to dismiss filed by defendants, and the parties' respective briefs in support of and opposition to said motion (Docs. 23, 24, 29), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 22) to dismiss Counts V, VII, VIII, IX, X, XI and XII is GRANTED.

2. Counts V, VII, VIII, IX, X, XI, and XII of the amended complaint (Doc. 20) are DISMISSED with prejudice.

3. Defendants shall respond to the amended complaint (Doc. 20) in accordance with the Rules of Civil Procedure.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania