# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | CIVIL ACTION NO. 1:16-CV-1958 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE MILTON HERSEY SCHOOL,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 28th day of August, 2017, upon consideration of Defendants' motion (Doc. 48) for leave to submit additional exhibits in support of their motion for protective order, it is hereby ORDERED that said motion is GRANTED. The documents set forth as Exhibit A and B to defendants' motion are hereby deemed to be submitted by defendants as additional exhibits in support of their motion for protective order.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania