IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | CIVIL ACTION NO. 1:16-CV-1958 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE MILTON HERSEY SCHOOL**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of September, 2017, upon consideration of defendants' motion (Doc. 44) for leave to file documents under seal, it is hereby ORDERED that said motion is GRANTED. Defendants' motion for protective order and any response thereto shall be filed under SEAL.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania