# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM DOBSON, | NO. 1:16-cv-01958-CCC |
| Plaintiff, | |
| vs. | (CONNER, C.J.) |
| THE MILTON HERSHEY SCHOOL, *et al.*, | |
| Defendants. | |

FILED
HARRISBURG, PA
FEB 0 2 2018
Per _____
Deputy Clerk

## DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendants, The Milton Hershey School, and The Hershey Trust Company ("Trust"), as Trustee of the Milton Hershey School Trust (collectively "Defendants"), by and through their undersigned counsel, hereby move under Local Rule 5.8 to file documents under seal. The documents which Defendants seek to file under seal are provided at Exhibit "A" in Defendants' sealed envelope marked "Documents pending sealing decision" provided to the Clerk contemporaneous with the filing of this Motion. Included in that sealed envelope is a Proposed Order granting Defendants' Motion to Seal and Defendants' Memorandum of Law in Support of Their Motion to Seal. For all the reasons set forth in Defendants' Memorandum of Law in Support of this Motion, which is incorporated herein by reference, this Court should grant Defendants' motion to

file the documents under seal.

Respectfully submitted,

*[signature]*

Jarad W. Handelman, Esquire
(PA 82629)
Kyle M. Elliott, Esquire
(PA 306836)

Elliott Greenleaf, P.C.
17 N. Second Street, Suite 1420
Harrisburg, PA 17101
717.307.2600 (phone)
717.307.2060 (fax)
215.977.1000 (phone)
215.977.1099 (fax)
jwh@elliottgreenleaf.com
kme@elliottgreenleaf.com

*Counsel for Defendants*

Dated: February 2, 2018

## CERTIFICATE OF SERVICE

I, Jarad W. Handelman, Esquire, hereby certify that I caused the foregoing to be served via first class mail and electronic mail upon all counsel of record, including:

>Gregory F. Cirillo, Esquire
>John J. Higson, Esquire
>Dilworth Paxson LLP
>1500 Market Street, Suite 3500E
>Philadelphia, PA 19102
>215.575.7000 (phone)
>gcirillo@dilworthlaw.com
>jhigson@dilworthlaw.com
>*Counsel for Plaintiffs*

Dated: February 2, 2018

Jarad W. Handelman, Esquire