# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | CIVIL ACTION NO. 1:16-CV-1958 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE MILTON HERSEY** | : | |
| **SCHOOL**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 5th day of February, 2018, upon consideration of defendants' motion (Doc. 79) for leave to file documents under seal, it is hereby ORDERED that said motion is GRANTED. Defendants' motion to prohibit extrajudicial disclosures and communications, pursuant to Local Rule 83.2, shall be filed under seal.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania