# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | CIVIL ACTION NO. 1:16-CV-1958 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **THE MILTON HERSEY SCHOOL**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of July, 2018, upon consideration of Plaintiff's First Uncontested Motion (Doc. 95) for Enlargement of Time to Respond to Defendants' Motion for Judgment on the Pleadings, and Defendants' Concurrence thereto, it is hereby ORDERED that said motion is GRANTED. Plaintiff may Respond to Defendants' Motion by August 20, 2018.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania