IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | CIVIL ACTION NO. 1:16-CV-1958 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **THE MILTON HERSEY SCHOOL,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of August, 2018, upon consideration of Plaintiff's Motion (Doc. 97) for Enlargement of Time to Respond to Defendants' Motion for Judgment on the Pleadings, it is hereby ORDERED that said motion is GRANTED. Plaintiff's Response is due on or before September 10, 2018.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania