IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM DOBSON, | : | 1:16-cv-01958-CCC |
| Plaintiff, | : | |
| v. | : | (CONNER, C.J.) |
| THE MILTON HERSHEY SCHOOL, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH
SUBPOENA ISSUED TO NADEGE FLEURIMOND**

Defendants, the Milton Hershey School ("MHS"), and The Hershey Trust Company ("HTC"), as Trustee of the Milton Hershey School Trust (collectively "Defendants"), by and through their undersigned counsel, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby move to compel compliance with Defendants' subpoena to produce documents, information, or objects issued on March 13, 2018, to Nadege Fleurimond.

In support of the instant Motion, Defendants rely on their memorandum of law, and all materials attached thereto in the above-captioned case. Ms. Fleurimond was directed to respond to the subpoena on or before April 6, 2018, but has made no written objection to the subpoena and has failed to comply with the subpoena. Accordingly, Defendants respectfully request the Court compel Ms.

Fleurimond to produce all materials responsive to the March 13, 2018, subpoena without further delay.

                                                  Respectfully submitted,

                                                  ELLIOTT GREENLEAF, P.C.

*/s Jarad W. Handelman*
Jarad W. Handelman, Esquire (PA 82629)
Kyle M. Elliott, Esquire (PA 306836)
Elliott Greenleaf, P.C.
17 N. Second Street, Suite 1420
Harrisburg, PA 17101
717.307.2600 (phone) / 717.307.2060 (fax)
215.977.1000 (phone) / 215.977.1099 (fax)
jwh@elliottgreenleaf.com
kme@elliottgreenleaf.com

Dated: November 14, 2018                *Counsel for Defendants*

## **STATEMENT OF CONFERENCE UNDER LOCAL RULE 26.3**

Under Local Rule 26.3, I hereby certify counsel for Defendants have conferred with Ms. Fleurimond in a good faith effort to resolve by agreement issues raised by this Motion to Compel. Despite counsel's good faith efforts and additional efforts to amicably resolve this matter, and Ms. Fleurimond's representation to counsel that she would comply with the subpoena, the issues raised in this Motion remain unresolved. After Ms. Fleurimond agreed to comply with the subpoena, she failed to respond to defense counsel's written correspondence or telephone calls, and remains in contempt of the subpoena.

                                        */s Jarad W. Handelman*
                                        Jarad W. Handelman, Esquire

## **CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

Pursuant to Local Rule 7.1, undersigned counsel certifies that he sought concurrence from Nadege Fleurimond, and no concurrence was granted.

                                     */s Jarad W. Handelman*
                                     Jarad W. Handelman, Esquire

**<u>CERTIFICATE OF SERVICE</u>**

I, Jarad W. Handelman, Esquire, hereby certify that I caused the foregoing Motion to Compel Compliance with Subpoena Issued to Nadege Fleurimond to be served on all counsel via the Court's electronic filing system, and on Nadege Fleurimond via email, Federal Express, and U.S. first class mail at 289 East 95th Street, Apt. #1F, Brooklyn, NY 11212.

*/s Jarad W. Handelman*
Jarad W. Handelman, Esquire

Dated: November 14, 2018