## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | CIVIL ACTION NO. 1:16-CV-1958 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **THE MILTON HERSEY SCHOOL,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 15th day of November, 2018, upon consideration of Defendants' Motion (Doc. 118) to Compel Compliance with Subpoena issued to Nadege Fleurimond, it is hereby ORDERED that said motion is GRANTED. Ms. Fleurimond shall comply with the Subpoena within ten (10) days of the date of this Order, which shall be served on her by Federal Express and regular mail at 289 East 95th Street, Apt. #1F, Brooklyn, NY 11212.

                                                 /S/ CHRISTOPHER C. CONNER
                                                 Christopher C. Conner, Chief Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania