# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I  ___Katie Townsend___, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   1156 15th St. NW

Suite 1020

Washington, DC 20005

Office Telephone:   (202) 795-9303

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

2d Cir., 9/16/16; 9th Cir., 2/2/11; 7th Cir., 7/25/14; D.C. Cir., 12/15/14; C.D. Calif., 12/19/07

N.D. Calif., 3/15/13; E.D. Wis., 5/2/14; D.D.C., 5/4/15; D.Md., 11/9/16; S.D. Ind., 1/23/17; S.D.N.Y, 8/29/17

California Supreme Court, 12/12/07; D.C. Court of Appeals, 4/6/15; New York Court of Appeals, 12/8/16

My attorney Identification number is: 1026115, District of Columbia

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT   s/John E. Jones III  _____   Date: 6/20/19

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I _____Jennifer Nelson_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   1156 15th St. NW

Suite 1020

Washington, DC 20005

Office Telephone:   202-795-9312

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York - January 19, 2012

District of Columbia - December 10, 2012

United States District Court for the District of Columbia - Nov. 6, 2017

My attorney Identification number is: 1011387, District of Columbia

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__✓__ SPECIAL ADMISSION:  s/John E. Jones III

GRANTED BY THE COURT _____   Date: 6/20/19