# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM DOBSON,<br>    Plaintiff,<br>vs.<br>THE MILTON HERSHEY SCHOOL, et al.,<br>    Defendants. | : NO. 1:16-cv-01958-JEJ<br>:<br>: (Jones III, J.) |

## ORDER

AND NOW, this 25th day of September, 2019, in light of the concurrence of counsel for all parties, and upon consideration of Defendants' Subpoenas to Testify at a Deposition in the above-referenced civil action served on and directed to Elizabeth Kochis, and her failure to appear for her deposition on July 25, 2019, and September 11, 2019, it is hereby **ORDERED** that:

1. Ms. Kochis shall comply with the deposition subpoenas and appear for her deposition at 10:00 a.m. on Thursday, October 24, 2019, at the Law Offices of Elliott Greenleaf, P.C., 201 Penn Avenue, Scranton, PA 18503; and

2. This Order shall be served on Ms. Kochis by federal express and regular mail at 238 Main Street, Archbald, PA 18403, and 814 Hill Street, Archbald, PA 18403.

                       _____
                       John E. Jones III
                       United States District Judge