# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
L. Anthony DiJiacomo~
David A. Berlin^+
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Yanna Panagopoulos~+
Lisa Claire~+
Stephen Skovron^+

\*NJ & PA Office Manager
^Licensed in PA & NJ

Web-Site: www.weisberglawoffices.com
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

~Licensed in PA
+Of Counsel

*Monday, November 25, 2019*

**Via ECF**
Hon. John E. Jones, III

    RE:    Dobson v. The Milton Hershey School
               U.S. District Court – Middle District of Pennsylvania
               No. 1:16-cv-1958

Your Honor:

     Pending before this Honorable Court in the above-captioned matter is plaintiff's Motion for Reconsideration sur Order denying plaintiff's Motion to Amend. The undersigned represents plaintiff.

     Inadvertently, in the above-referenced motion, plaintiff referenced the Americans with Disabilities Act ("ADA"). Instead, plaintiff meant to reference the Fair Housing Act ("FHA").

     Plaintiff and his undersigned counsel apologize for this inadvertence.

     Thank you for Your Honor's consideration of the status update.

                                          Sincerely,

                                          /s/ Matthew B. Weisberg
                                          MATTHEW B. WEISBERG

MBW/hcm

Cc:    Jarad Handelman, Esq.
       Christine M. Wechsler, Esq.
       Kyle M. Elliot, Esq.
       F. Frederic Fouad, Esq.
       Jeffrey Schreiber, Esq.
       Jennifer A. Nelson, Esq.
       Katie B. Townsend, Esq.
       Michael Berry, Esq.