# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM DOBSON,** | : | Civil No. 1:16-CV-1958 |
| | : | |
| **Plaintiff,** | : | |
| | : | (Judge Jones) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **THE MILTON HERSHEY SCHOOL** | : | |
| **AND SCHOOL TRUST, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 18th day of March 2020, the court held a conference call with the parties to review the progress of the parties' compliance with our January 22, 2020, order directing disclosure and redaction of previously sealed documents sought by the Philadelphia Inquirer in this litigation. The parties report that of the 506 pages of material in dispute, 306 pages will be released without redaction, and an additional substantial body of material will be released subject only to very narrow and agreed-upon redactions. The court commends the parties for their cooperative efforts on this score. The parties note, however, that a very narrow range of disputed redactions remain for consideration by the court. In order to facilitate and conclude the process of reviewing these remaining disputed records, IT IS ORDERED as follows:

On or before **April 1, 2020**, the parties shall file concise submissions with the court arguing their respective views concerning these remaining redactions, and the defendants shall submit the proposed, color-coded redactions to the court for our *in camera* review.

>                                   */s/ Martin C. Carlson*
>                                   Martin C. Carlson
>                                   United States Magistrate Judge