"Exhibit A"

## *DOBSON v. THE MILTON HERSHEY SCHOOL, et al.*

## **TEXT OF DISPUTED PINK REDACTIONS**

| Doc. # | PDF Page Number | Contents of Redaction | Justification for Redaction |
|---|---|---|---|
| 45 | 4-5 | | Reveals content of confidential discovery request |
| 46 | 10 (fn5) | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |
| 46 | 13 | | Reveals content of confidential discovery request |
| 46 | 17 | | Reveals content of confidential discovery request |
| 46 | 106 (Exhibit 11) | | Reveals content of confidential discovery request |
| 46 | 110 (Exhibit 12) | | Attorney Communications regarding Extrajudicial Statements/Good Cause Shown |
| 54 | 2 | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |

| | | | |
|---|---|---|---|
| 54 | 4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |
| 54 | 5 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |
| 55 | 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |
| 55 | 4 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |
| 55 | 6 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |

| 80 | 12 | ███████████████ | Information derived from confidential attorney communications |
|---|---|---|---|
| 80 | 12 | ███████████████ | Information derived from confidential attorney communications |
| 80 | 12(fn5) | ███████████████ | Information derived from confidential attorney communications |
| 80 | 13 | ███████████████ | Information derived from confidential attorney communications |

| | | | |
|---|---|---|---|
| 80 | 17 | | Information derived from confidential attorney communications |
| 80 | 63 (Exhibit 2) | | Information derived from confidential attorney communications/Extrajudicial statements/Good Cause |
| 80 | 67 (Exhibit 3) | | Information derived from confidential attorney communications negotiations/Extrajudicial Statements/Good Cause Shown |
| 82 | 4 | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |
| 82 | 6 | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |

| 82 | 7 | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown/ Information derived from confidential attorney communications. |
|---|---|---|---|
| 82 | 13-14 | | Information derived from confidential attorney communications/Extrajudicial statements/Good Cause |
| 82 | 15 | | Information derived from confidential attorney communications/Extrajudicial statements/Good Cause |
| 82 | 23 (Exhibit 1) | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |

| 82 | 24 (Exhibit 1) | [redacted] | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |
|---|---|---|---|
| 82 | 25 (Exhibit 1) | [redacted] | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |
| 82 | 25 (Exhibit 1) | [redacted] | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |

| | | | |
|---|---|---|---|
| 82 | 25 (Exhibit 1) |  | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |
| 82 | 26 (Exhibit 1) | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |
| 82 | 26-27 (Exhibit 1) | | Information Derived from Confidential Attorney communications/Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |

| | | | |
|---|---|---|---|
| | | ███████████████ | |
| 85 | 3 | ███████████████ | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |
| 85 | 11 | ███████████████ | Information derived from confidential attorney communications |
| 85 | 16-19 (Exhibit 1) | ███████████████ | Information Derived from Confidential Attorney communications/Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown; Prejudicial statement by Plaintiff's former counsel, unsupported by record evidence. |

| 85 | 21-25 (Exhibit 2) | | Information Derived from Leaked Interrogatory/ Extrajudicial Statements/Good Cause Shown |
|---|---|---|---|