# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM DOBSON, | : |
| : | 1:16-CV-1958 |
| Plaintiff, : | |
| : | Hon. John E. Jones III |
| v. : | |
| THE MILTON HERSHEY SCHOOL, : | |
| *et al.*, : | |
| Defendants. : | |

## ORDER

### May 6, 2020

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Summary Judgment, (Doc. 198), is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

3. F. Frederic Fouad's First Motion to Intervene, (Doc. 201), is **DENIED** as moot.

/s/ John E. Jones III
John E. Jones III
United States District Judge